**Rian Peck** (they/them), OSB No. 144012
RPeck@perkinscoie.com
**Thomas R. Johnson** (he/him), OSB No. 010645
TRJohnson@perkinscoie.com
**Misha Isaak** (he/him), OSB No. 086430
MIsaak@perkinscoie.com
**Nathan Morales** (he/him), OSB No. 145763
NMorales@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Shane Grannum** (he/him), *pro hac vice* pending
SGrannum@perkinscoie.com
**Sarah Mahmood** (she/her), *pro hac vice* pending
SMahmood@perkinscoie.com
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211

**Zachary Watterson** (he/him), *pro hac vice* pending
ZWatterson@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

**Kelly K. Simon** (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone:  503.227.6928

Attorneys for Plaintiffs

WISE DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER WISE**, **MICHAEL MARTINEZ**, **CHRISTOPHER DURKEE**, and **SAVANNAH GUEST**, individuals,<br><br>               Plaintiffs,<br><br>   v.<br><br>**CITY OF PORTLAND**, a municipal corporation; **OFFICER STEPHEN B. PETTEY**, in his individual capacity; **JOHN DOES 1-60**, individual and supervisory officers of Portland Police Bureau; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **U.S. MARSHALS SERVICE**; **JOHN DOES 61-100**, individual and supervisory officers of the federal government,<br><br>              Defendants. | Case No. 3:20-cv-01193-IM<br><br>**Declaration of Christopher Wise in Support of Plaintiffs' Motion for Temporary Restraining Order** |

WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

I, Christopher Wise, declare as follows:

1.  I live in Beaverton, Oregon, and am 30 years old. I have personal knowledge of the facts described in this declaration.

2.  I underwent and passed training in 2012 to become an emergency medical technician ("EMT") at Southwestern Oregon Community College in Coos Bay, Oregon. I received standard EMT training, including for scene assessment, how to secure airways, and how to stabilize traumatic wounds. At the time, I also underwent and received Basic Life Support ("BLS") certification from the American Red Cross. I am not currently certified as an EMT. However, in December 2019, I received BLS/CPR for Healthcare Workers recertification through The American Red Cross in Beaverton, Oregon and passed a course on advanced airway management in a health care setting.

3.  I have been serving as a medic at the Black Lives Matter protests in downtown Portland since June 2, 2020. The protests in Portland began, as they did around the world, after police in Minnesota murdered George Floyd. One police officer kneeled on Mr. Floyd's neck for almost nine minutes until he died. Three others stood by and watched. Though video of the incident reflects that all three could have stepped in to provide assistance to Mr. Floyd, none of them did. Mr. Floyd's murder came only around two months after police in Louisville burst into Breonna Taylor's home and murdered her when she was trying to sleep.

4.  I first attended the protests on May 31, 2020 as a participant only. As a Black American, I do not feel like I am treated equitably in many ways, and we should take steps to fix that as a society, so I wanted to lend my voice to that and be part of those steps. When I returned to the protests on June 1, 2020, I observed first-hand what many have since seen on television and in news reporting, from later days in

1- WISE DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

the protests: a protester being very badly injured by projectiles launched by the police. Surrounding individuals, including police officers, did not effectively assist the injured protester. My upbringing, beliefs, education, and training as an emergency medical technician required me to act to provide medical care to injured protesters. I explained that I had medical training and asked if I could take a look at their injury. Somebody came up to the scene and said they had a First Aid kit and had gloves, so I assisted them verbally in administering care to the injured protester. I instructed the protester to take a gauze pad and hold it to their face to stop bleeding, and helped them secure the gauze to their face with an island dressing. I viewed it as my ethical and moral responsibility to intervene to provide what medical care I could to individuals in my immediate surroundings. My upbringing, beliefs, education, and training would not allow me to stand by and watch a protester be seriously injured or killed without attempting to assist or intervene.

5. My experience at the at the protests on June 1—witnessing a protester being injured, without receiving medical assistance from surrounding individuals—showed me that if medics do not attend the protests, many individuals exercising their First Amendment rights will be likely to suffer serious injuries and may not receive medical care. Lack of medical care could make injuries even worse, or could lead to death. I realized that this could be a tactic used to quell the protests—which were directed at denouncing police brutality against Black lives—and I decided to put my training and education to good use, so that protest attendees could keep coming back and make their voices heard and their demands known without fear that they will not receive medical care.

6. I serve as a protest medic to further the protests themselves, including the overall purpose and message of the protests. I too often witness through news

2- WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

reporting or social media (and now first-hand at protests in Portland) aggressive and excessively violent behavior from police or federal agents directed at Black Americans, and especially at young Black men. As a young Black man, my upbringing and beliefs compel me to speak out in defense of Black lives. Participating in these protests is a way to do that. My participation as a medic stems from my desire to make sure that people in my community are safe, healthy, and free from harm, and if they are harmed, that the harm does not compound on itself and result in further health complications.

7. I first attended a Black Lives Matter protest as a medic on June 2, 2020. I have attended the protests as a medic nearly every day since then with the exception of Sundays and days that I am too physically injured to attend.

8. When providing medical care or otherwise acting as a medic, I do not interfere with the police or federal agents, nor do I threaten them or pose any kind of danger to them.

9. At the protests, I typically have bright orange or pink duct-taped crosses on my outermost clothing layer across my chest, and on each of my shoulders, and "medic" in big, red, spray-painted block letters on my back. I also carry a medic kit with a big orange cross on it while I am at the protests. I inform anyone who asks me to help them what training I have received. I also carry medical supplies—including pressurized saline solution, nitrile gloves, Leigh's pink Conan self-adhesive tape, a pulse oximeter, sudecon wipes, and extra masks—that are in clear view of any onlookers, including police or federal agents, and wear medical gloves while I am serving as a medic. Often, when the police or federal agents are approaching a group of injured protesters, I will walk or run backwards so that the "medic" insignia is

3- WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

more obvious to police or federal agents on the other side of those protesters. I also wear this to signal to protesters that I am serving as a medic and can help them.

10.  It is important to be easily recognizable as a medic because I have seen police and federal agents act quickly and unprovoked to shoot rubber bullets, tear gas, or other projectiles into crowds of protesters—including into crowds of protesters moving further away from police or federal agents.

11.  If I am clearly marked as a medic, I hope that police and federal agents will be less likely to injure me with excessive force, or will allow me to provide medical care to a patient who has been injured in such a way that she cannot move or disperse when police or federal agents are demanding her to move.

12.  I have observed four organized groups of medics, including approximately 20 medics total, as well as several independent medics, working to provide care to protesters. I have forged an informal network with each of these medic groups and independent medics, and people affiliated with them, and we frequently discuss how to provide medical care to protesters. We have consulted informally with doctors, paramedics, combat medics, and others about practices for providing the best level of care in such a unique environment.

13.  To support my ability to provide medical care at the protests, I coordinate with students, faculty, and employees of Oregon Health & Science University. They frequently provide me with medical supplies and answer medical-related questions. We have discussed how to safely treat injured protesters, because it is difficult to provide care amid violence or when people are marching or otherwise rapidly moving. Providing care to protesters who are too injured to move when police or federal agents have ordered them to disperse is also difficult and presents a threat

4-  WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

that the injured protester could suffer even more serious or compounding injuries at the hands of police and federal agents when they are unable to move upon command.

14.     As a medic at these protests, I have treated countless serious injuries caused by the police and federal agents at the protests.

15.     For example, on July 12, 2020, I was standing in Chapman Square and heard someone shout "Medic" to my left. I ran to that person and was directed to and attempted to provide care to a protester named Donavan La Bella. At this point in time, I did not know what had happened to La Bella. Upon my arrival, I asked bystanders and onlookers, "What happened?" Nobody provided me with a clear answer. I then observed La Bella, and I noticed blood coming from his face. A person with "Medic" insignia was applying pressure to gauze directly over the injury site on La Bella's head, while he was seated upright on a bench. I put on gloves and asked La Bella if I could wrap rolled gauze around his head, so that I could secure the gauze already being applied and provide more stable compression to the injury site. After receiving his consent, I applied rolled gauze to what looked to be the site of the injury on La Bella's head. By the time I was done securing the gauze that had already been put there prior to my arrival, I asked the medic who had originally treated La Bella if they would like for me to get a cervical collar, as I feared La Bella may have sustained a neck injury. However, the cervical collar was located several blocks away, and the medic asked me to stay with them as we awaited an ambulance to take La Bella to the hospital. No more than five minutes after I had arrived, I could then see and hear an ambulance arriving. I and the others acting as medics on the scene made a mutual decision to try and physically transport La Bella to the site of the ambulance, as we previously had encountered issues with ambulances and first responders unwilling to come to us. We asked La Bella if he could stand up and then

5-  WISE DECLARATION IN SUPPORT OF
    PLAINTIFFS' MOTION FOR TEMPORARY
    RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

he did. Someone stood behind him and held his spine in an effort to help stabilize any potential neck injuries, two other people stood at his sides for physical support, and we walked him to the corner of 4th Avenue and Salmon Street, where we had him sit on a gurney provided by EMS so that they could put him on the ambulance. I instructed bystanders to give first responders the space they needed to treat and transport La Bella to the hospital. I did not learn until days later from people in my network that La Bella had been shot directly in the face with a rubber bullet, that he had required facial reconstruction surgery at the hospital, and that the hospital was treating him for a brain bleed resulting from a Traumatic Brain Injury ("TBI"). My understanding is that La Bella remains in the hospital in serious condition and may have long-term brain damage.

16. I have also treated another protester who suffered a TBI and multiple seizures as a result of being shot in the back of the head by police or a federal agent with a rubber bullet.

17. I have treated at least five lacerated scalps; a broken femur; a lacerated hand with a visible tendon; broken bones, including fingers, a pinkie toe, and metatarsals; a lacerated foot; abrasions and avulsions; contusions; multiple hematomas, multiple sprained ankles; eye and skin irritation; concussions; and asthma attacks. These injuries were primarily caused by the police and federal agents firing rubber bullets, throwing and firing tear gas, throwing flash bangs, spraying bear mace, shoving people, and striking people with their batons.

18. In addition to providing medical care, I try to deescalate situations that could or have turned violent. I frequently—at my own risk given the number of incidents involving automobiles at Black Lives Matter protests (and protests more broadly)—try to clear paths for cars to safely drive around protesters. I did so, for

6- WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

example, in the early morning hours of July 9, 2020. An automobile driver drove up to and nearly hit several protesters and began yelling something out of their window. I noticed several protesters become rightfully agitated by the driver. I began making space for the car to leave. The driver would not depart, because the driver appeared to be waiting for someone to enter the car. Someone entered the car and the driver pulled out a gun and fired five or six shots in the air.

19. While serving as a medic, I also advocate for peaceful protests and try to vocally discourage protesters from throwing projectiles at the police and federal agents.

20. I am the only Black person I have seen serving as a medic at the protests.

21. Portland Police officers and federal agents have severely injured me on at least six different occasions while I served as a medic. From my view, the police continued targeting protest medics throughout June and July.

22. First, on June 2, while I served as a medic at the protest, I attempted to pull a fallen protester out of a recently deployed cloud of tear gas and attend to the protester's medical needs. As I did so, a Portland police officer shot me in the shin with a rubber bullet. The bullet penetrated my skin and exposed my shin bone. At first, likely due to adrenaline, I did not realize what had happened. As I walked out of the cloud of tear gas, I looked down and noticed that I was bleeding, making a note of it to another medic who was serving as my "buddy" that night. That medic told me that the police and federal agents were deliberately targeting medics. As support for his statement, the medic then lifted his shirt to display three fresh bruises on his abdomen from being shot with rubber bullets or pepper balls.

23. Despite my injury, I continued to serve as a medic that night, a night that later became known as Tear Gas Tuesday due to the police's extreme response

7- WISE DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

to the crowd of peaceful protesters. My wound later became infected, requiring a 10-day course of antibiotics. The wound still has not closed, let alone healed, and my doctor says it may not for another month. I took pictures of the wound on the night of the incident, June 2, and several weeks later, on June 29. Those photos are shown below as Exhibit A.

 

*Exhibit A: I took the photo on the night of June 2, after I was injured. I took the photo on the right on June 29, after my infection cleared following 10 days of taking antibiotics*

      24.    Second, on June 21, I was at the protest and a Portland Police Bureau ("PPB") officer threw a flash bang that struck my foot, burning a hole through my shoe and sock and spraining my foot.

8- WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

25. Third, on June 28, I was at the protest and a PPB officer sprayed me with bear mace from six to eight inches away. Using bear mace at such close range (closer than three feet away) could have caused the hydraulic needle effect, pushing bear mace particles into my eyes' soft tissues seriously injuring them. At the time that I was sprayed with bear mace, I was attempting to pull a protester away from a PPB officer who was similarly spraying bear mace at the protester at a dangerously close distance, and to provide that protester with medical support. After I was hit with the spray, I yelled "Someone pull me out," and protesters escorted me to safety, where we flushed my eyes for 30 minutes.

26. Fourth, on July 4, I was at the protest and a PPB Officer who was later identified to me as Officer No. 67 physically assaulted me. At that time, I was toward the front of the protest line, but was staying out of the way of the police and complying with the PPB's verbal orders. I made a joke about Officer No. 67 that was intended to diffuse tension between protesters and the police. It did not include any profanity, and it would not have offended a normal person. It was about how Officer No. 67 did not understand why kids like the taste of Cinnamon Toast Crunch. In response, Officer No. 67 targeted me, despite my clearly visible medic markings. Officer No. 67 sprinted at me from 15–25 feet away, bypassing two protesters, and forcefully shoved me to the ground, spraining my shoulder and causing an avulsion the size of a quarter on my palm. I took a photo of my palm, shown below as Exhibit B.

9- WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222



*Exhibit B: Photo of Hand Avulsion*

27.     As a result of these injuries, I was unable to work regularly for a week and had to request leave, returning thereafter. I also could not attend the protests for two nights following, because I did not have enough range of motion to put on a jacket and it was chilly. Afterward, while I could not perform my job of typing for 8 hours while standing at a desk, I was still able to put on a jacket, stabilize my arm, and lend my voice and humor to the protests. On those nights, I was not dressed as a medic. Additionally, when Officer No. 67 shoved me to the ground, my cellphone in my back pocket bent and broke. I have since had to replace my cellphone.

28.     Fifth, on July 14, I was at the protest and a federal agent or PPB officer shot me in the leg with pepper balls. At that time, the PPB was using a "kettling" tactic, tear gassing protesters from all angles thereby cutting off any path for escape.

10- WISE DECLARATION IN SUPPORT OF
    PLAINTIFFS' MOTION FOR TEMPORARY
    RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

I was merely standing in the crowd looking for anyone with a medical issue, such as an asthma attack caused by the tear gas, when an officer shot me in the leg with pepper balls.

29.     Sixth, on July 21, I attended a protest that lasted into the early morning hours of July 22. I wore goggles to protect myself from tear gas and other chemical irritants. I walked up to a group of protesters who formed a line with physical shields in front of federal law enforcement officers, to be able to attend to any potential injuries that protesters suffered. I verbally identified myself as a medic. I remained behind the shield of protesters, who were kneeling. At this time, I saw a federal law enforcement officer aim a riot gun at my head. Then, the officer shot a tear gas canister at my head, over the group of protesters holding shields. The tear gas canister hit me in the head in between my eye and ear, and my goggles exploded off of my face. My head started bleeding and I now have a fairly large hematoma on the side of my head in addition to the laceration caused by the canister. I also began showing signs of a minor TBI 22 hours later and, after a visit to the emergency room, have been diagnosed with Post-Concussion Syndrome. A picture of the wound that another protest medic took, and that I have reviewed and agree matches my memory from immediately following the incident, is shown below as Exhibit C.

11- WISE DECLARATION IN SUPPORT OF
    PLAINTIFFS' MOTION FOR TEMPORARY
    RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222



*Exhibit C: Photo of Wound on Head*

30.    On other occasions, the PPB and federal agents have thrown flashbang grenades and teargas canisters directly at me (the latter of which caused me to have a severe asthma attack) and used a long-range acoustic device sound system at full volume from an improper distance.

31.    As a result of these injuries by the Portland police or federal agents, I am concerned about the effect such force against medics will have on members of the medical community being willing to come to the assistance of injured protesters.

32.    I am afraid that continued aggression against medics will force protest medics to choose between either adhering to their training as medical professionals by helping injured individuals (if they are willing and able to), or not intervening to

12- WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

provide care simply because of the fear of suffering their own physical injuries at the hands of police and federal agents.

33. I am concerned about this because it is already happening. When I, or other medics or protesters, call Emergency Medical Services to request medical technicians be dispatched to come to the aid of a seriously injured protester, EMS has consistently refused to come to our aid. In situations where protesters have been seriously injured to the point where myself and other medics recognize they require more urgent care, we have had to essentially sneak them out of the area where individuals are protesting and place them in another protester's car who has offered to drive them to an Urgent Care or Hospital facility.

34. I now wear body armor, a bulletproof vest, ballistic goggles, shin guards, gloves, and knee pads. I have also changed my appearance. Specifically, I shaved off my afro to avoid being seen and targeted by the police. I feel like the officers shot me, and may shoot me again, to deter me from coming back to the protests. But so long as people continue to show up to these protests, and as long as there is a possibility that those people may be hurt by police or federal agent force and violence, I feel a moral and ethical responsibility to keep people as safe as I can, by providing medical assistance to injured protesters. Therefore, I intend to continue going to the protests and helping injured protesters despite my fear that Portland police officers and federal agents will continue to target me and other medics.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED this 24th day of July 2020 at Beaverton, Oregon.

*/s/ Christopher Wise*
Christopher Wise

13- WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222