**Rian Peck** (they/them), OSB No. 144012
RPeck@perkinscoie.com
**Thomas R. Johnson** (he/him), OSB No. 010645
TRJohnson@perkinscoie.com
**Misha Isaak** (he/him), OSB No. 086430
MIsaak@perkinscoie.com
**Nathan Morales** (he/him), OSB No. 145763
NMorales@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Shane Grannum** (he/him), *pro hac vice* pending
SGrannum@perkinscoie.com
**Sarah Mahmood** (she/her), *pro hac vice* pending
SMahmood@perkinscoie.com
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211

**Zachary Watterson** (he/him), *pro hac vice* pending
ZWatterson@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

**Kelly K. Simon** (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone:  503.227.6928

Attorneys for Plaintiffs

UNOPPOSED NOTICE OF DEFERRAL OF
PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER WISE**, **MICHAEL MARTINEZ**, **CHRISTOPHER DURKEE**, and **SAVANNAH GUEST**, individuals, | Case No. 3:20-cv-01193-IM |
| Plaintiffs, | **UNOPPOSED NOTICE OF DEFERRAL OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER** |
| v. | |
| **CITY OF PORTLAND**, a municipal corporation; **OFFICER STEPHEN B. PETTEY**, in his individual capacity; **JOHN DOES 1-60**, individual and supervisory officers of Portland Police Bureau; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **U.S. MARSHALS SERVICE**; **JOHN DOES 61-100**, individual and supervisory officers of the federal government, | |
| Defendants. | |

TO: THE CLERK OF COURT; ALL PARTIES AND THEIR COUNSEL OF
    RECORD

Pursuant to Fed. R. Civ. P. 65, plaintiffs Christopher Wise, Michael
Martinez, Christopher Durkee, and Savannah Guest (together, "Plaintiffs")
respectfully request that this Court defer consideration of Plaintiffs' Motion for
Temporary Restraining Order and Order to Show Cause Why Preliminary
Injunction Should Not Enter (ECF 4, the "Motion") until the afternoon of Monday,
August 3, subject to the Court's continued availability on that day.

The circumstances giving rise to Plaintiffs' request for emergency relief may
have changed since Plaintiffs filed their Motion.  This morning, the Governor for the
State of Oregon announced that the State had reached some form of an agreement
with the Department of Homeland Security regarding a phased drawdown of federal
officers from downtown Portland.  Counsel for the United States is still
investigating the fact or content of any agreement but, in the meantime, has
informed us that Plaintiffs' requested relief could be affected by any ongoing
developments.  Plaintiffs are also unclear about what will happen with these federal
officers in downtown Portland, and agree that their requested relief could be
affected.  For instance, if federal officers leave Portland, what will that look like?
And how can the Court be best informed about what relief to grant when so much is
in flux?

The parties have therefore conferred and agreed to delay hearing on
Plaintiffs' Motion.  Plaintiffs understand that the Court has availability on the
afternoon of Monday, August 3, and respectfully request that the hearing on
Plaintiffs' request for emergency relief be postponed until that date and time, so
that the parties—and the Court—can better assess this evolving situation.

1- UNOPPOSED NOTICE OF DEFERRAL OF
   PLAINTIFFS' MOTION FOR TEMPORARY
   RESTRAINING ORDER

The parties therefore request the following:

1. Plaintiffs' Reply in Support of their Motion will be filed by noon on Sunday, August 2.

2. A hearing on Plaintiffs' Motion will be scheduled for the afternoon of Monday, August 3.

3. The parties will inform the Court no later than noon on Sunday, August 2, if a hearing is no longer required.

Nothing in this Notice affects Plaintiffs' claims against defendants City of Portland, Officer Stephen B. Pettey, John Does 1-60, U.S. Department of Homeland Security, U.S. Marshals Service, and John Does 61-100.

DATED:  July 29, 2020                    PERKINS COIE LLP

                                        By: */s/ Rian Peck*
                                        **Rian Peck**, OSB No. 144012
                                        **Thomas R. Johnson**, OSB No. 010645
                                        **Misha Isaak**, OSB No. 086430
                                        **Nathan Morales**, OSB No. 145763
                                        **Shane Grannum**, *pro hac vice* pending
                                        **Sarah Mahmood**, *pro hac vice* pending
                                        **Zachary Watterson**, *pro hac vice* pending
                                        PERKINS COIE LLP

                                        **Kelly K. Simon**, OSB No. 154213
                                        AMERICAN CIVIL LIBERTIES UNION
                                        FOUNDATION OF OREGON

                                        *Attorneys for Plaintiffs*

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222