**Rian Peck** (they/them), OSB No. 144012
RPeck@perkinscoie.com
**Thomas R. Johnson** (he/him), OSB No. 010645
TRJohnson@perkinscoie.com
**Misha Isaak** (he/him), OSB No. 086430
MIsaak@perkinscoie.com
**Nathan Morales** (he/him), OSB No. 145763
NMorales@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Shane Grannum** (he/him), *pro hac vice*
SGrannum@perkinscoie.com
**Sarah Mahmood** (she/her), *pro hac vice* pending
SMahmood@perkinscoie.com
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211

**Zachary Watterson** (he/him), *pro hac vice*
ZWatterson@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

**Kelly K. Simon** (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone:  503.227.6928

Attorneys for Plaintiffs

| | |
|---|---|
| SUPPLEMENTAL WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER | **Perkins Coie LLP**<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR  97209-4128<br>Phone:  503.727.2000<br>Fax:  503.727.2222 |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER WISE**, **MICHAEL MARTINEZ**, **CHRISTOPHER DURKEE**, and **SAVANNAH GUEST**, individuals,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**CITY OF PORTLAND**, a municipal corporation; **OFFICER STEPHEN B. PETTEY**, in his individual capacity; **JOHN DOES 1-60**, individual and supervisory officers of Portland Police Bureau; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **U.S. MARSHALS SERVICE**; **JOHN DOES 61-100**, individual and supervisory officers of the federal government,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-01193-IM<br><br>**Supplemental Declaration of Christopher Wise in Support of Plaintiffs' Motion for Temporary Restraining Order** |

SUPPLEMENTAL WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

I, Christopher Wise, declare as follows:

1. My name is Chris Wise. I'm over the age of 18. If called as a witness, I could and would testify to the below.

2. I submitted a declaration in this case on August 24, 2020 (ECF 6).

3. I served as a medic on the night of August 20 and into the morning of the 21st. As usual, I wore my black denim jacket with a large red cross and the word "MEDIC" spray painted in red across the back. I also had a brightly colored duct taped cross over my chest. I wore a black helmet with high visibility pink crosses painted on it and wore several bags full of medical supplies, which also had brightly colored crosses taped and painted on them.

4. The protest was at the ICE building near the Southwest Waterfront. Between 1:00 and 1:30 am, I was working to comply with the Portland Police's orders to disperse to the North. I was on Bond Street next to Elizabeth Carruthers Park. I walked near the back of the line of protesters, who were closest to the police. I was there to watch for any protesters who might be hurt, but I was moving with the crowd following police direction. As I was walking among a group of protesters with my back to the police, two Portland Police officers grabbed my arms from either side and told me I was under arrest and not to resist. I complied with their orders and walked with them. They zip tied my wrists and then later they used real handcuffs on me. I was in the police van for about 30 minutes before they transported me and other arrestees to the Justice Center. I was released from jail around 8:45 this morning.

5. Because my back was toward the officers as I was complying with their orders, several of my medic crosses and the word medic would have been plainly visible to them. I was the only medic walking among that group of protesters, and

1- SUPPLEMENTAL WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

they walked past other protesters to single me out. When I asked why I was being detained, they told me I had been given plenty of opportunity to leave. Because I was walking at the same pace as all of the protesters, and because they had to move past several protesters on the sidewalk to reach me, it feels like the officers singled me out because I was a medic.

6. This is a video of me being arrested. https://twitter.com/MasonLakePhoto/status/1296768985405390849. I recognize myself in this video. This is a video of me being patted down after my arrest. https://twitter.com/MaranieRae/status/1296736119246086144. I also recognize myself in this video.

7. I plan to return to the protest tonight, because for as long as I am physically able, I believe it's my ethical and moral obligation to be at the protest supporting and providing care for the Black Lives Matter protesters.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED this 21st day of August 2020 at Portland, Oregon.

*/s/ Christopher Wise*
Christopher Wise

2- SUPPLEMENTAL WISE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222