**Rian Peck** (they/them), OSB No. 144012
RPeck@perkinscoie.com
**Thomas R. Johnson** (he/him), OSB No. 010645
TRJohnson@perkinscoie.com
**Misha Isaak** (he/him), OSB No. 086430
MIsaak@perkinscoie.com
**Nathan Morales** (he/him), OSB No. 145763
NMorales@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Shane Grannum** (he/him), *pro hac vice*
SGrannum@perkinscoie.com
**Sarah Mahmood** (she/her), *pro hac vice* pending
SMahmood@perkinscoie.com
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211

**Zachary Watterson** (he/him), *pro hac vice*
ZWatterson@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

**Kelly K. Simon** (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone: 503.227.6928

Attorneys for Plaintiffs

| SUPPLEMENTAL MARTINEZ DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER | **Perkins Coie LLP**<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR  97209-4128<br>Phone:  503.727.2000<br>Fax:  503.727.2222 |
|---|---|

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER WISE, MICHAEL MARTINEZ, CHRISTOPHER DURKEE,** and **SAVANNAH GUEST,** individuals,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**CITY OF PORTLAND,** a municipal corporation**; OFFICER STEPHEN B. PETTEY,** in his individual capacity**; JOHN DOES 1-60,** individual and supervisory officers of Portland Police Bureau**; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. MARSHALS SERVICE; JOHN DOES 61-100**, individual and supervisory officers of the federal government,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-01193-IM<br><br>**Supplemental Declaration of Michael Martinez in Support of Plaintiffs' Motion for Temporary Restraining Order** |

SUPPLEMENTAL MARTINEZ DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Michael Martinez, declare as follows:

1. I live in Portland, Oregon, and am 28 years old. I have personal knowledge of the facts described in this declaration.

2. I submitted a declaration in support of Plaintiffs' Motion for Temporary Restraining Order on July 24, 2020 (ECF No. 9).

3. Earlier this week, on August 17, I attended my arraignment for the charge that was pending following my arrest on July 9. The District Attorney's office informed the court that they would not be prosecuting my case. The charge is therefore no longer pending.

4. Also since I submitted my last declaration, I have had to take a significant amount of time off from serving as a medic at the protests. I would estimate I've taken between 10 to 14 days off, which is the longest consecutive period of time that I have not served as a medic or attended the protests in the past 80-plus days.

5. My absence at the protests is largely attributable to the police violence targeted at medics. I feel lucky that I have not yet been injured by projectiles or impact munitions that the Portland Police use for "crowd control." I have had numerous close calls, with those items whizzing past me and over my head. I can't help but feel that my luck is going to run out one of these days, and I'll be severely injured by the Portland Police.

6. The mental strain from constantly being worried and on the defensive took its toll. A couple of weeks ago, I noticed that I was easily angered and generally anxious, no matter how my day went. It was at that point I decided that I needed to take some time off to regain my clarity and resolve.

1- SUPPLEMENTAL MARTINEZ DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

7.  I want to be serving as a medic at the protests and, in fact, I feel guilty every night I'm not out there—especially knowing that my friends are there serving as medics and continuing to put themselves in harm's way. If this court were to enter a Temporary Restraining Order protecting medics, I believe it would give me greater assurance that I will be relatively freer from police violence and targeting, giving me the mental space I need to begin regularly attending the protests again and to focus on rendering aid to protest attendees.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED this 19th day of August 2020 at Portland, Oregon.

/s/ Michael Martinez
Michael Martinez

2- SUPPLEMENTAL MARTINEZ DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222