JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
BILLY J. WILLIAMS
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
JEFFREY A. HALL
MICHAEL P. CLENDENEN
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 353-8679
Fax:   (202) 616-8470

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER WISE, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>                    Defendants. | Case No. 3:20-cv-01193-IM<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

MOTION FOR AN EXTENSION OF TIME

### L.R. 7-1 Certification

Federal Defendants conferred on this Motion with counsel for the other parties, and they do not oppose this Motion.

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Federal Defendants submit this motion for an extension of time under Federal Rule of Civil Procedure 6(b)(1) to extend their time to file their responsive pleading or motion under Federal Rule of Civil Procedure 12 until October 20, 2020.

Federal Defendants previously received an extension of time to file their first response to Plaintiffs' Complaint by October 16, 2020 in order for the time of that filing to coincide with the time that the City of Portland and individual defendant Stephen Pettey would file their responsive pleadings. Dkt. Nos. 51, 52. On October 16, 2020, the City of Portland and individual defendant Stephen Pettey moved for an additional short extension of time, until October 20, 2020. Dkt. No. 53.

Federal Defendants diligently prepared a motion to dismiss, but, given the press of other litigation, were not in a position to discuss their arguments for each claim under Local Rule 7-1 until October 16, 2020. Plaintiffs were not available to meet and confer on that date. Accordingly, to accomplish the spirt of the local rule by holding such a conference, Federal Defendants request a brief extension of time to file their motion or responsive pleading, as may be appropriate, after such conference with Plaintiffs. This will ensure that only the issues on which a dispute remains are presented to the Court. The timing of Federal Defendants' filing will also still coincide with the filing of the responsive pleadings for the City of Portland and individual defendant Stephen Pettey.

Accordingly, Federal Defendants respectfully request that the Court order an extension of time for their filing a responsive pleading or motion until October 20, 2020.

Dated: October 16, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jeffrey A. Hall*
JEFFREY A. HALL (DC 1019264)
MICHAEL P. CLENDENEN
Trial Attorneys
United States Department of Justice
Civil Division
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 353-8679
Email: jeffrey.a.hall@usdoj.gov

*Attorneys for Defendants*