**Rian Peck** (they/them), OSB No. 144012
RPeck@perkinscoie.com
**Thomas R. Johnson** (he/him), OSB No. 010645
TRJohnson@perkinscoie.com
**Misha Isaak** (he/him), OSB No. 086430
MIsaak@perkinscoie.com
**Nathan Morales** (he/him), OSB No. 145763
NMorales@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Shane Grannum** (he/him), *pro hac vice*
SGrannum@perkinscoie.com
**Sarah Mahmood** (she/her), *pro hac vice* pending
SMahmood@perkinscoie.com
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211

**Zachary Watterson** (he/him), *pro hac vice*
ZWatterson@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

**Kelly K. Simon** (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone:  503.227.6928

*Attorneys for Plaintiffs*

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FEDERAL DEFENDANTS' MOTION TO DISMISS

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER WISE, MICHAEL MARTINEZ, CHRISTOPHER DURKEE,** and **SAVANNAH GUEST,** individuals,<br><br>                    Plaintiffs,<br><br>        v.<br><br>**CITY OF PORTLAND,** a municipal corporation**; OFFICER STEPHEN B. PETTEY,** in his individual capacity**; JOHN DOES 1-60,** individual and supervisory officers of Portland Police Bureau**; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. MARSHALS SERVICE; JOHN DOES 61-100**, individual and supervisory officers of the federal government,<br><br>                    Defendants. | Case No. 3:20-cv-01193-IM<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FEDERAL DEFENDANTS' MOTION TO DISMISS AGENCY AND OFFICIAL CAPACITY CLAIMS** |

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FEDERAL DEFENDANTS' MOTION TO DISMISS

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7-1(a), plaintiffs Christopher Wise, Michael Martinez, Christopher Durkee, and Savannah Guest ("Plaintiffs") certify that counsel for Plaintiffs has conferred in good faith with counsel for Defendants U.S. Department of Homeland Security, U.S. Marshals Service, and John Does 61-100 ("Federal Defendants") regarding the relief requested in this Motion, and that Federal Defendants do not oppose the Motion.

## MOTION

On October 20, 2020 Federal Defendants filed and served a Motion to Dismiss Agency and Official Capacity Claims ("Motion").  Per LR 7-1(e)(1), Plaintiffs' Response to the Motion is due November 3, 2020. Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiffs hereby request an extension of 14 days to file their Response to the Motion, moving the deadline out to November 17, 2020.

DATED:  October 29, 2020               PERKINS COIE LLP

By: */s/ Nathan Morales*
**Rian Peck**, OSB No. 144012
**Thomas R. Johnson**, OSB No. 010645
**Misha Isaak**, OSB No. 086430
**Nathan Morales**, OSB No. 145763
**Shane Grannum**, *pro hac vice*
**Sarah Mahmood**, *pro hac vice* pending
**Zachary Watterson**, *pro hac vice*
PERKINS COIE LLP

**Kelly K. Simon**, OSB No. 154213
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON

*Attorneys for Plaintiffs*

1- PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FEDERAL DEFENDANTS' MOTION TO DISMISS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222