BRIAN M. BOYNTON
Acting Assistant Attorney General
BILLY J. WILLIAMS
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
JASON LYNCH (D.C. Bar No. 1016319)
KERI BERMAN
JORDAN VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 514-1359
Fax:    (202) 616-8460

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER WISE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01193-IM<br><br>**DEFENDANTS' CONSENT MOTION TO EXTEND BRIEFING DEADLINES** |

DEFENDANTS' CONSENT MOTION TO EXTEND BRIEFING DEADLINES

### L.R. 7-1 CERTIFICATION

Federal Defendants conferred with Plaintiffs, and they consent to the requested extensions. Defendants City of Portland, Stephen Pettey, and John Does 1-60, have not been ordered to brief the question of mootness.

### CONSENT MOTION TO EXTEND BRIEFING DEADLINES

On January 22, 2021, the Court ordered supplemental briefing on whether Plaintiffs' claims for equitable relief were moot. Federal Defendants' brief is due February 5, 2021, and Plaintiffs' brief is due February 12, 2021.

On January 20, 2021, new leadership assumed responsibility for Defendants U.S. Department of Homeland Security and U.S. Marshals Service. To afford these officials sufficient time to become familiar with the issues in this case, including whether Plaintiffs' equitable claims are moot, Federal Defendants request a 28-day extension of the deadline to file its brief on or before March 5, 2021. Federal Defendants further request that, accordingly, Plaintiffs' brief be due March 12, 2021.

Plaintiffs consent to the requested extensions.

Dated: February 1, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jason C. Lynch*
JASON LYNCH
KERI BERMAN
JORDAN VON BOKERN
Trial Attorneys
United States Department of Justice

DEFENDANTS' CONSENT MOTION TO EXTEND BRIEFING DEADLINES – 1

                                            Civil Division
                                            1100 L Street NW, Rm. 11214
                                            Washington, DC 20005
                                            Tel: (202) 514-1359
                                            Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' CONSENT MOTION TO EXTEND BRIEFING DEADLINES – 2