Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Misha Isaak, OSB No. 086430
misaak@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

Kelly K. Simon (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR  97240
Telephone:  503-227-6928

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER WISE, MICHAEL MARTINEZ, CHRISTOPHER DURKEE, and SAVANNAH GUEST, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; OFFICER STEPHEN B. PETTEY, in his individual capacity; JOHN DOES 1-60, individual and supervisory officers of Portland Police Bureau; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. MARSHALS SERVICE; JOHN DOES 61-100, individual and supervisory officers of the federal government,<br><br>Defendants. | Case No. 3:20-cv-01193-IM<br><br>**DECLARATION OF NATHAN R. MORALES IN SUPPORT OF PLAINTIFFS' MOTION TO CORRECT THE DOCKET AND REINSTATE THE FEDERAL AGENCY DEFENDANTS AS PARTIES** |

1-   DECLARATION OF NATHAN R. MORALES

152885964.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Nathan R. Morales, declare as follows:

1. I am an attorney with the law firm Perkins Coie LLP, and am counsel of record for Plaintiffs in this case. I am over the age of 18 and if called as a witness I could testify competently to the facts below.

2. On May 25, 2022, Plaintiffs served the Federal Agency Defendants with Interrogatories and Requests for Production of Documents (the "Discovery Requests"). Attached as <u>Exhibit A</u> to this declaration, is a true and correct copy the Discovery Requests.

3. On June 8, 2021, counsel for the Federal Agency Defendants sent a letter to counsel for Plaintiffs', refusing to respond to the Discovery Requests. Attached as <u>Exhibit B</u> to this declaration, is a true and correct copy of that letter.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED: July 13, 2021

*/s/ Nathan R. Morales*
Nathan R. Morales

DATED: July 13, 2021.

**PERKINS COIE LLP**

By: */s/ Nathan R. Morales*
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Misha Isaak, OSB No. 086430
misaak@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000

*Attorneys for Plaintiffs*

2- DECLARATION OF NATHAN R. MORALES

152885964.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222