Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Misha Isaak, OSB No. 086430
misaak@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

Kelly K. Simon (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR  97240
Telephone:  503-227-6928

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER WISE, MICHAEL MARTINEZ, CHRISTOPHER DURKEE, and SAVANNAH GUEST, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; OFFICER STEPHEN B. PETTEY, in his individual capacity; JOHN DOES 1-60, individual and supervisory officers of Portland Police Bureau; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. MARSHALS SERVICE; JOHN DOES 61-100, individual and supervisory officers of the federal government,<br><br>Defendants. | Case No. 3:20-cv-01193-IM<br><br>**PLAINTIFFS' AMENDED SECOND MOTION FOR EXTENSION OF TIME TO IDENTIFY AND SERVE DOE DEFENDANTS** |

1- PLAINTIFFS' AMENDED SECOND MOTION FOR EXTENSION OF TIME TO IDENTIFY AND SERVE DOE DEFENDANTS

153814190.1

## MOTION

Plaintiffs Christopher Wise, Michael Martinez, Christopher Durkee, and Savannah Guest (collectively, "Plaintiffs"), move for an additional extension of 60 days, until Friday, November 5, 2021, to identify and serve the Doe Defendants in this case. This motion is supported by the Declaration of Nathan Morales in Support of Second Motion for Extension of Time to Identify Doe Defendants. ("Morales Decl.").

## LOCAL RULE 7-1 CERTIFICATION

In compliance with Local Rule 7-1, counsel for Plaintiffs certifies that Plaintiffs made a good-faith effort to confer with the City through telephone conferences to resolve the dispute, which the parties were unable to do.

## MEMORANDUM

On June 8, 2021, the Court granted Plaintiffs 90 days to identify and serve the Doe Defendants. ECF 92. In that order, the Court also required that Plaintiffs establish good cause for any additional extensions. Here, good cause exists to grant an additional extension, because Plaintiffs have diligently taken steps to obtain and serve the Doe Defendants over the last 90 days, and simply need to take a few additional steps to conclude this process.

Plaintiffs have taken numerous steps to obtain the identities of the Doe Defendants. With respect to the Federal Doe Defendants, after the Court issued its order, Plaintiffs served discovery requests on the federal agencies that employ the Does. ECF 91. As the Court knows, however, those agencies refused to comply with Plaintiffs' discovery request, because they believed they no longer were parties to this case. ECF 96. Instead, the agencies demanded that Plaintiffs issue third-party discovery requests and subpoenas to them. ECF 94. In response, Plaintiffs (who had a good-faith basis to believe that the agencies still were parties to this suit) filed a motion seeking to reinstate the agencies as parties. ECF 93. The Court, however, recently denied that motion, so Plaintiffs now have been working on third-party discovery to the

2- PLAINTIFFS' AMENDED SECOND MOTION FOR
EXTENSION OF TIME TO IDENTIFY AND SERVE
DOE DEFENDANTS

153814190.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

agencies. ECF 98.

Concerning the City Doe Defendants, Plaintiffs also issued discovery requests to the City, to obtain the identities of those Does. ECF 91. Since then, the City and Plaintiffs have had a number of conferrals about this issue. Morales Decl. at ¶ 2. The City issued its own discovery requests to Plaintiffs, to assist in this task, and Plaintiffs intend to provide responses to the City this week. *Id.*

Given the facts above, it is clear Plaintiffs have worked diligently to identify the Doe Defendants in this case. Because of some procedural hurdles and the slow nature of the discovery process, however, Plaintiffs have not been able to actually obtain those identities yet. Thus, Plaintiffs request that the Court grant Plaintiffs an additional 60 days to complete that process.

DATED: September 9, 2021

**PERKINS COIE LLP**

By: */s/ Nathan R. Morales*
 Thomas R. Johnson, OSB No. 010645
 TRJohnson@perkinscoie.com
 Misha Isaak, OSB No. 086430
 misaak@perkinscoie.com
 Nathan R. Morales, OSB No. 145763
 NMorales@perkinscoie.com
 1120 N.W. Couch Street, Tenth Floor
 Portland, Oregon 97209-4128
 Telephone: 503.727.2000

*Attorneys for Plaintiffs*

3- PLAINTIFFS' AMENDED SECOND MOTION FOR EXTENSION OF TIME TO IDENTIFY AND SERVE DOE DEFENDANTS

153814190.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222