Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Misha Isaak, OSB No. 086430
misaak@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

Kelly K. Simon (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR  97240
Telephone:  503-227-6928

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER WISE, MICHAEL MARTINEZ, CHRISTOPHER DURKEE, and SAVANNAH GUEST, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; OFFICER STEPHEN B. PETTEY, in his individual capacity; JOHN DOES 1-60, individual and supervisory officers of Portland Police Bureau; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. MARSHALS SERVICE; JOHN DOES 61-100, individual and supervisory officers of the federal government,<br><br>Defendants. | Case No. 3:20-cv-01193-IM<br><br>**DECLARATION OF NATHAN R. MORALES IN SUPPORT OF PLAINTIFFS' AMENDED SECOND MOTION FOR EXTENSION OF TIME TO IDENTIFY AND SERVE DOE DEFENDANTS** |

1- DECLARATION OF NATHAN R. MORALES IN SUPPORT OF PLAINTIFFS' AMENDED SECOND MOTION FOR EXTENSION OF TIME

153783482.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Nathan R. Morales, declare as follows:

1. I am an attorney with the law firm Perkins Coie LLP, and am counsel of record for Plaintiffs in this case. I am over the age of 18 and if called as a witness I could testify competently to the facts below.

2. Since Plaintiffs issued discovery requests to the City concerning the identities of the Doe Defendants, the City and Plaintiffs have had a number of conferrals about how to identify those individuals. The City issued its own discovery requests to Plaintiffs, to assist in this task, and Plaintiffs intend to provide responses to the City this week.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dated: September 9, 2021

/s/ *Nathan R. Morales*
Nathan R. Morales

DATED: September 9, 2021

**PERKINS COIE LLP**

By: /s/ *Nathan R. Morales*
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Misha Isaak, OSB No. 086430
misaak@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000

*Attorneys for Plaintiffs*

2- DECLARATION OF NATHAN R. MORALES IN SUPPORT OF PLAINTIFFS' AMENDED SECOND MOTION FOR EXTENSION OF TIME

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

153783482.1