**Thomas R. Johnson** (he/him), OSB No. 010645
TRJohnson@perkinscoie.com
**Misha Isaak** (he/him), OSB No. 086430
MIsaak@perkinscoie.com
**Nathan Morales** (he/him), OSB No. 145763
NMorales@perkinscoie.com
**Holly J. Martinez**, OSB No. 192265
HMartinez@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Kelly K. Simon** (she/her), OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone:  503.227.6928

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER WISE, MICHAEL MARTINEZ, CHRISTOPHER DURKEE,** and **SAVANNAH GUEST,** individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PORTLAND,** a municipal corporation**; OFFICER STEPHEN B. PETTEY,** in his individual capacity**; JOHN DOES 1-60,** individual and supervisory officers of Portland Police Bureau**; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. MARSHALS SERVICE; JOHN DOES 61-100**, | Case No. 3:20-cv-01193-IM<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF NATHAN R. MORALES** |

1- NOTICE OF WITHDRAWAL AS COUNSEL
   OF NATHAN R. MORALES

155561627.1

individual and supervisory officers of
the federal government,

           Defendants.

TO:        Clerk of Court

AND TO:   All Parties of Record

Notice is hereby given that Nathan R. Morales, of Perkins Coie LLP, has withdrawn as attorney of record for Plaintiffs Christopher Wise, Michael Martinez, Christopher Durkee and Savanna Guest. Thomas R. Johnson, Misha Isaak, and Holly J. Martinez, each of Perkins Coie LLP, will remain counsel of record; in addition to Kelly Simon of the American Civil Liberties Union Foundation of Oregon. This notice is effective immediately. All other notices and pleadings to Plaintiffs, exclusive of original process, must be served only on Thomas R. Johnson, Misha Isaak, and Holly J. Martinez, of Perkins Coie LLP; and Kelly Simon of the American Civil Liberties Union Foundation of Oregon.

2-   NOTICE OF WITHDRAWAL AS COUNSEL
      OF NATHAN R. MORALES

155561627.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED: January 19, 2022						PERKINS COIE LLP

By: */s/ Nathan R. Morales*
**Thomas R. Johnson**, OSB No. 010645
**Misha Isaak**, OSB No. 086430
**Nathan Morales**, OSB No. 145763
**Holly J. Martinz,** OSB No. 192265
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209
Telephone: 503.727.2000
Facsimile: 503.727.2222

**Kelly K. Simon**, OSB No. 154213
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON

*Attorneys for Plaintiffs*

3- NOTICE OF WITHDRAWAL AS COUNSEL
OF NATHAN R. MORALES

155561627.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222