**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Misha Isaak**, OSB No. 086430
MIsaak@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER WISE, MICHAEL MARTINEZ, CHRISTOPHER DURKEE,** and **SAVANNAH GUEST,** individuals,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**CITY OF PORTLAND,** a municipal corporation; **OFFICER STEPHEN B. PETTEY,** in his individual capacity; **JOHN DOES 1-60,** individual and supervisory officers of Portland Police Bureau; **U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. MARSHALS SERVICE; JOHN DOES 61-100**, individual and supervisory officers of the federal government,<br><br>　　　　　　　　　　Defendants. | Case No. 3:20-cv-01193-IM<br><br>**STIPULATION OF DISMISSAL** |

1-　STIPULATION OF DISMISSAL

159821964.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs Christopher Wise, Michael Martinez, Christopher Durkee, and Savannah Guest hereby dismiss this action with the stipulation of all parties.  The dismissal shall be with prejudice with respect to the claims asserted in the First Amended Complaint.  (For the avoidance of doubt, the dismissal shall be without prejudice with respect to all other claims, including those not asserted in the First Amended Complaint, that are currently pending in other litigation.)  The parties shall bear their own fees and costs, with no award resulting from this dismissal.

IT IS SO STIPULATED.

Dated this <u>28th</u> day of <u>December</u>, <u>2022</u>.


PERKINS COIE LLP

By: <u>/s/ Thomas R. Johnson</u>
    Thomas R. Johnson, OSB No. 010645
    Misha Isaak, OSB No. 086430

*On behalf of Plaintiffs*

HART WAGNER LLP

By: <u>/s/ Carey Caldwell</u>
    Carey Caldwell, OSB No. 093032

*On behalf of Defendant Erik Kammerer*

CITY OF PORTLAND

By: <u>/s/  William W. Manlove III</u>
    William W. Manlove III, OSB No. 891607

*On behalf of Defendant City of Portland and Defendant Stephen B. Pettey*

2- STIPULATION OF DISMISSAL

159821964.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222